IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARTIN AND ANA GARCIA<br>*Plaintiffs,* | § § § | |
| v. | § | CIVIL ACTION NO. 5:17-cv-545-DAE |
| | § | |
| NATIONWIDE GENERAL INSURANCE<br>COMPANY AND MICHAEL LAWLER<br>*Defendants.* | § § § § | |

### ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiffs Martin and Ana Garcia and Defendants Nationwide General Insurance Company and Michael Lawler. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 18th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

1